FORM TO BE USED BY A PRISONER FILING AN
APPLICATION TO PROCEED IN FORMA PAUPERIS
IN A 42 U.S.C. § 1983 CIVIL RIGHTS ACTION
IN THE UNITED STATES DISTRICT COURT
FOR THE Wimyler DISTRICT OF Delaware

## I. CAPTION

Gbeke M. Awala
_____
(Enter the full name of plaintiff or plaintiffs)

: 07 - 124 -

v.

Director of Administrative Office of U.S. Courts etc.
_____
_____
_____
(Enter the full name of defendant or defendants)

FILED
FEB 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanner

**Instructions:**

The caption of this application should be **identical** to the caption of the complaint. A separate application must be completed by each plaintiff listed in the caption. Show your full name in the first line of the declaration below. Provide all information requested.

## II. DECLARATION

I, (your name) __Gbeke M. Awala__, declare that I am the plaintiff in the above-captioned 42 U.S.C. § 1983 civil rights action, and that I am entitled to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 because of my inability to prepay the full fee to file this action or give security therefor. I understand that the granting of in forma pauperis status does not waive payment of the full filing fee.

In further support of this application, I provide the following information:

1. Do you presently have prison employment?   yes ( ) no (✓)

2. If you are not employed do you have other income?   yes ( ) no (✓)

3. If "yes" to either of above, state source of monthly income and amount.

   source _____   amount _____

4. If "no," state date and place of last employment and amount of monthly income.

   date and place _____   amount _____

5. Do you have money in a prison account? yes (✓) no ( ) amount 2.04
6. Do you have money in a bank account?  yes ( ) no (✓) amount _____

7. Do you own or have an interest in valuable property such an automobile real estate, stocks, or bonds?   yes ( ) no (✓)

   If "yes," describe property _____   value _____

8. List the persons who depend on you for support, state their relationship to you, and how much you contribute toward their support.

*None*

9. State whether you have received within the past 12 months any money from any of the following sources:

  a. Business, profession or other form of self-employment   yes ( )   no (✓)

  b. Rent payments, interest or dividends              yes ( )   no (✓)

  c. Pensions, annuities or life insurance payments    yes ( )   no (✓)

  d. Gifts or inheritances                             yes ( )   no (✓)

  e. Any other sources                                 yes ( )   no (✓)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each source during the past 12 months.

## III. DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

_____         2/20/07
SIGNATURE OF PLAINTIFF                    DATE

## IV. CERTIFICATION

**Instructions:**

Request that an appropriate prison official provide: 1) the information below concerning your **inmate trust fund account balances**; and 2) a certified copy of your **inmate trust fund account statement** showing all deposits and withdrawals for the prior six-month period.

I certify that the applicant named herein has the sum of $ __2.00__ on account to his credit at the __MVCC__ institution where he is confined.

I further certify that during the last six months the applicant's average monthly account balance was $ _____ ; and that the average monthly deposits during the during the last six months were $ _____.

_____         2-20-7
SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL    DATE

Page 2

Case 1:07-cv-00124-JJF   Document 1   Filed 02/28/2007   Page 4 of 4

```
                              MOSHANNON VALLEY
          ===============================================================

                            Resident Account Statement
                          Monday, February 12, 2007 @15:45
          ===============================================================
For CIN: 82074054    AWALA, GBEKE
-------------------------------------------------------------------------------
   Date     Description                           +        -      Avail    Owed    Held   Reference
-------------------------------------------------------------------------------
09/07/2006  PPAY - Education 1                  2.04      --       2.04    0.00    0.00
09/12/2006  8HRS@.12 STUDENT                    0.96      --       3.00    0.00    0.00
09/29/2006  JPay Deposit from JOE KALABA      100.00      --     103.00    0.00    0.00
09/29/2006  55 COPIES                            --      5.50    103.00    5.50    0.00
09/29/2006  55 COPIES                            --       --      97.50    0.00    0.00
09/29/2006  10 COPIES                            --      1.00     97.50    1.00    0.00
09/29/2006  10 COPIES                            --       --      96.50    0.00    0.00
09/29/2006  97 COPIES                            --      9.70     96.50    9.70    0.00
09/29/2006  97 COPIES                            --       --      86.80    0.00    0.00
09/29/2006  36 COPIES                            --      3.60     86.80    3.60    0.00
09/29/2006  36 COPIES                            --       --      83.20    0.00    0.00
09/29/2006  92 COPIES                            --      9.20     83.20    9.20    0.00
09/29/2006  92 COPIES                            --       --      74.00    0.00    0.00
09/29/2006  50 COPIES                            --      5.00     74.00    5.00    0.00
09/29/2006  50 COPIES                            --       --      69.00    0.00    0.00
09/29/2006  29 COPIES                            --      2.90     69.00    2.90    0.00
09/29/2006  29 COPIES                            --       --      66.10    0.00    0.00
09/29/2006  81 COPIES                            --      8.10     66.10    8.10    0.00
09/29/2006  81 COPIES                            --       --      58.00    0.00    0.00
10/02/2006  OID:100012332-ComisaryPurch-Reg      --     52.84      5.16    0.00    0.00
10/06/2006  PPAY - Education 1                  0.36      --       5.52    0.00    0.00
10/10/2006  VOID-55 COPIES                       --       --      11.02    5.50    0.00
10/10/2006  VOID-10 COPIES                       --       --      12.02    6.50    0.00
10/10/2006  VOID-97 COPIES                       --       --      21.72   16.20    0.00
10/10/2006  VOID-92 COPIES                       --       --      30.92   25.40    0.00
10/10/2006  VOID-36 COPIES                       --       --      34.52   29.00    0.00
10/10/2006  VOID-50 COPIES                       --       --      39.52   34.00    0.00
10/10/2006  VOID-29 COPIES                       --       --      42.42   36.90    0.00
10/10/2006  VOID-81 COPIES                       --       --      50.52   45.00    0.00
10/10/2006  VOID-55 COPIES                     5.50      --      50.52   39.50    0.00
10/10/2006  VOID-10 COPIES                     1.00      --      50.52   38.50    0.00
10/10/2006  VOID-97 COPIES                     9.70      --      50.52   28.80    0.00
10/10/2006  VOID-92 COPIES                     9.20      --      50.52   19.60    0.00
10/10/2006  VOID-36 COPIES                     3.60      --      50.52   16.00    0.00
10/10/2006  VOID-50 COPIES                     5.00      --      50.52   11.00    0.00
10/10/2006  VOID-29 COPIES                     2.90      --      50.52    8.10    0.00
10/10/2006  VOID-81 COPIES                     8.10      --      50.52    0.00    0.00
10/11/2006  JPay Deposit from JOE KALABA     100.00      --     150.52    0.00    0.00
10/16/2006  OID:100014711-ComisaryPurch-Reg      --     83.01     67.51    0.00    0.00
10/20/2006  OID:100014711-ComisaryRefund-Reg   3.90      --      71.41    0.00    0.00
10/20/2006  78 COPIES MADE ON 10/13/06           --      7.80     71.41    7.80    0.00
10/20/2006  78 COPIES MADE ON 10/13/06           --       --      63.61    0.00    0.00
10/23/2006  OID:100015679-ComisaryPurch-Reg      --     33.86     29.75    0.00    0.00
10/24/2006  21 COPIES MADE ON 10/19/06           --      2.10     29.75    2.10    0.00
10/24/2006  21 COPIES MADE ON 10/19/06           --       --      27.65    0.00    0.00
10/24/2006  30 COPIES MADE ON 10/19/06           --      3.00     27.65    3.00    0.00
10/24/2006  30 COPIES MADE ON 10/19/06           --       --      24.65    0.00    0.00
10/25/2006  EVELYN #48663689679                50.00      --      74.65    0.00    0.00
10/26/2006  J FEDNANDEZ #55764932707          100.00      --     174.65    0.00    0.00
10/30/2006  OID:100016675-ComisaryPurch-Reg      --    123.44     51.21    0.00    0.00
10/30/2006  MAIL CHARGES                         --      5.79     51.21    5.79    0.00
10/30/2006  MAIL CHARGES                         --       --      45.42    0.00    0.00
11/01/2006  MAIL CHARGES                         --      1.89     45.42    1.89    0.00
11/01/2006  MAIL CHARGES                         --       --      43.53    0.00    0.00
11/01/2006  MAIL CHARGES                         --      4.18     43.53    4.18    0.00
11/01/2006  MAIL CHARGES                         --       --      39.35    0.00    0.00
11/03/2006  MAIL CHARGES                         --       --      39.35    0.00    0.00
11/03/2006  MAIL CHARGES                         --       --      39.35    0.00    0.00
11/03/2006  MAIL CHARGES                         --      5.30     39.35    5.30    0.00
11/03/2006  MAIL CHARGES                         --       --      34.05    0.00    0.00
11/03/2006  MAIL CHARGES                         --      4.20     34.05    4.20    0.00
11/03/2006  MAIL CHARGES                         --       --      29.85    0.00    0.00
11/03/2006  SNEAKER PAYMENT                      --     28.10     29.85   28.10    0.00
11/03/2006  SNEAKER PAYMENT                      --       --       1.75    0.00    0.00
11/06/2006  OID:100016675-ComisaryRefund-Reg   2.07      --       3.82    0.00    0.00
11/28/2006  2.55 + 1.11 MAIL CHARGES             --      3.66     3.82    3.66    0.00
11/28/2006  2.55 + 1.11 MAIL CHARGES             --       --      0.16    0.00    0.00
-------------------------------------------------------------------------------
                                    Page 1
```