IN THE UNTITED STATES DISTRICT COURT

FOR THE DISTRICT OF ___Delaware___

GBEKE MICHAEL AWALA, etal,   )
And the peolple of _____ )
_____ )
Plaintiff   )
 )
 )
 )
VS.   )
 )
Director of Administrative )
Office of United States )
Courts, et al )
Defendants,   )

Civ No. _____

⹀ 0 7 - 1 2 4 -

FILED

FEB 28 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned
IFP

MOTION FOR:   CiviL RIGHTS ActioU

NOW COMES, the plaintiffs, Mr. Gbeke Michael Awala, and _____
Unanimously as Citizens and as Pro Se Litigants in the United States, under the Constitution of the
United States, and based on the Federal Rule of Civil Procedures, moves the Honorable Court, and
the Noble District Court judge, to hear and execute Judgement in the Facts and Legal allegations
herein raised in the interest of Justice and parties involve.  In support the plaintiffs states as
follows:

1. The Bible, as may be applied under Federal
Rule of Evidence, Rule(13) - In matteu 23:18
2. held. And whoever Swears by the altor, It is
nothing, but whoever swears by oath on It, he is
obliged to perform It...... In the Instant Case....
3. 'The evidence is strong enough upon which
to base the presumption that under these Circumstances
4. precisely reasons, when Judicial officers Committed
5. Perjury, not a Circumstances of suspicion, nor one to
raise any debt to accept thereof; the Recommendation
6. by Chief Judge Sue L. Robinson by Justice, which is
greater than Oath, in accordance with the attached Standing
7. order, the elevation of Judge Kent A. Jordan to the

Other: United States Court of Appeals Thud Circuit, is false of
being accepted as true event, It Contemplated a Fraud as the matter
stood.

Signatures: ___Awala___                              ___Awala___

Reformer -Litigator          Gbeke Michael Awala

*FORM TO BE USED BY A PRISONER FILING A*
*42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT*
*IN THE UNITED STATES DISTRICT COURT*
*FOR THE* Wilming DISTRICT OF Delaware

I. CAPTION

Gbeke Michael Awala

*(Enter the full name of the plaintiff or*
*plaintiffs)*

v. Director of Administrative Office of United States
Courts,
Judicial Conference Committee on Court Administration,
American Bar Association Standing Committee on Professional

*(Enter the full name of the defendant or* Discipline · U.S. Supreme Court.
*defendants)* Federal Judicial Center, Defendants·

II. PARTIES

a. *Plaintiff*

*Full name:* Gbeke M. Awala

*Prison identification number:* 82074-054

*Place of present confinement:* M·V·C·C

*Address:* P.O. Box 2000, Philipsburg PA 16866

*Place of confinement at time of incidents or conditions alleged in*
*complaint, including address:*
F·D·C· Philadelphia, Philadelphia, PA 19106

*Additional plaintiffs: Provide the same information for any additional*
*plaintiffs on the reverse of this page or on a separate sheet of paper.*

b. *Defendants: (list only those defendants named in the caption of the*
*complaint, section I)*

1. *Full name including title:* Director of Administrative Office of

   *Place of employment and section or unit:* United States Courts, D.C.

2. *Full name including title:* Judicial Conference Committee on Court

   *Place of employment and section or unit:* Administration, D.C.

3. *Full name including title:* American Bar Association Standing

   *Place of employment and section or unit:* Committee on Professional

4. *Full name including title:* Discipline and Federal Judicial Center

   *Place of employment and section or unit:* Washington DC. etal.

*Additional defendants: Provide the same information for any additional*
*defendants on the reverse of this page or on a separate sheet of paper.*

### III. PREVIOUS LAWSUITS

*Instructions:*

*If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.*

*If you have filed other lawsuits, provide the following information.*

Parties to your previous lawsuit:

Plaintiffs ___Gbeke M. Awala___

Defendants ___3rd Circuit Judge Kent A. Jordan, et al.___

Issues: ___"Woe to the blinded guides, who violated appointment Clause, the President's power to appoint and remove executive officers in his discretion,___

Court: if federal, which district? ___U.S. District Court D.C.___

if state, which county? ___was altered by the defendants appointment___

Docket number: ___07 0072___    Date filed: ___Jan 12, 2007___    to 3rd Circuit Court.

Name of presiding judge: ___Hon. District Judge Paul___

Disposition: (check correct answer(s)); Date: _____

Dismissed ___ Reason? _____

Judgment ___ In whose favor? _____

Pending ✓ Current status? ___In accordance with 28 U.S.C. §1915. determination___

Other ___ Explain _____

Appeal filed? ___ Current status? _____

*Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.*

### IV. ADMINISTRATIVE REMEDIES

*Instructions:*

*Provide the information requested below if there is an administrative procedure to resolve the issues you raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.*

a. Describe *the administrative procedures available to resolve the issues raised in this complaint:*

Type of procedure. (grievance, disciplinary review, etc.)

Allegation that the President's Constitutional obligations

Authority for procedure. (DC-ADM, inmate handbook, etc.)

to Control the executive branch and faithfully execute

Formal or informal procedure. the Nations Laws, was altered

Who conducts the initial review? If the Defendant Kent A

Jordan was appointed without the Consent of the President,

What additional review and appeals are available? Filed Pursuant to

42 U.S.C 1983, Art II sec, clause 2, Discretion of

President and Advice and Consent of Senate.

b. Describe *the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:*

On what date did you request initial review? Under Appointment

What action did you ask prison authorities to take? Clause

Principal Officers must be Selected with advice or Consents

What response did you receive to your request? of Senate, and

appointment of Inferior Officers is Vested in President

What further review did you seek and on what dates did you file the requests? alone. The Chief Judge Sue L. Robinson,

"head," for purpose of providing the appointment Clause

authorizing Congress to Vest appointment of Inferior Officers;

What responses did you receive to your requests for further review?

Accordingly, was outside the Scope of Principal officers,

such as appointment to Court of Appeals, 3rd Circuits,

thus, the Information provided by her dated 12/15/06

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why.

reflects Judicial Candidate in the opinion in violation

of appointment Clause, which is Comprised of Article

III Judges, is a Court of Law, and Arlen Specter (R-pa.),

should have Sought the Senate Consent and Advice before such

appointments provided
to Defend...

# Complaint And Jury Demand

Gbeke Michael Awala, brings this Civil Rights Complaint by Pro'se and avers as follows:

At all relevant time hereto, background of the federal Rules of Disciplinary Enforcement and Under Judicial Councils Reform and Judicial Conduct and Disability Act, If Judge at any time engages in Conduct thats is prejudicial to effective and expeditious administration of business of Courts, resulting charge of misconduct must be processed in Judge's district. 28 U.S.C.A Sec. 372 (c) (i). Defendants have not honored. As such.

Plaintiff brings this Civil Rights action against the defendants to redress the deprivation, under the Color of federal Law as governed by Bivens, 403 U.S 388.389 (1971); deprivation of a right Secured by the Constitution and Laws of the United states; and the deprivation of the rights was Caused by the Defendants Capitulation and debauch approach on evaluation of Disciplinary enforcements and Judicial Disability, by recommending Practice in the Federal Courts over false declaration before Plaintiff In the appointment of District Judge Kent A Jordan to the U.S. Court of Appeals

4

For the 3rd Circuit and falsely reflected untrue and Incorrect Anticipated Vacancies, Impermissible delegation of legislative authority probably Symbolize a figure of Speech blotted out of Perjury generally In violation of Title 18 U.S.C. Sec. 1621. This Image was announced by the Chief Judge Sue L. Robinson against Plaintiff Lawsuit Filed in Awala v. Durkin et al, Case no. 1:06-cv-590, dated 12/15/07. This Created Confusion.

   Plaintiff asserts that he found Such statement by the aforementioned Chief Judge Incorrect and found her work imperfect, by the reason she's guilty of perjury and such action affected her disposition of the Case and had knowledge of that perjury and nevertheless used deliberate deception of Court by falsely Presenting a Standing order and designated the Case to herself, after the Case was Initially assigned to District Judge Kent A Jordon. Under the defiled Conduct set forth above, this Immorality was used to Seduce Plaintiff, Plaintiff having giving her time to repent, and she did not repent, but Costed Plaintiff Into his Sick bed with false Impression that his relationship with said District Judge Jordon is no longer recognized from that order. Plaintiff further alleged the Chief Judge Robinson disclosed this Information and had Inform this Information to the prosecutor Beth Moskow-Schnoll and later She moved and reassigned Plaintiff's Criminal Case no. 04901-KAJ to ILona; Plaintiff was denied due Process and this was done in an attempt to blot out their names from the Shame of their nakednesses at the door. Plaintiff Further alleges that such Material false declaration, should be fined under title 18 U.S.C. Sec. 1621 or Imprisonment.

5.

Plaintiff brings this Civil Rights action against defenda
Director of Administrative office of United States Courts, Judi
Conference on Courts Administration, American Bar Association
Standing Committee on professional Discipline, United
States Supreme Court and Federal Judicial Center, to
redress the deprivation, under federal Law, of Rights, privileges
and immunities secured to him by provisions of the Fifth, Seventh,
Eight, ninth and Fourteenth Amendments to the United States
Constitution, and 42 U.S.C 1983, with existing State of
perjury within all federal Courts Jurisdiction which Construe
that the system within all federal Courts Jurisdiction highlighted
Inadequate provision of Checks and balances in an era of
Lawmaking, Seperation of power, Under appointment clause,
principal officers, under Judgeship Act are tolerated to report
Invalid legislative appointments in violation of appointment
Clause, Immoral and Lost Respect for the Bench and the
defendant's approval of Chief Judge Sue L. Robinson's character
and service drawing a government Salary to the benefit of
office holder and Plaintiff Suffered Injury-In-fact because the
News appeared to trench upon the faith Plaintiff has on his
direct Appeal; under presumption that the U.S. Court of Appeals
for 3rd Circuit may schedule said District Judge Jordon
to adjudged the Appeal nos. 05-5479 and 06 2718. Nevertheless,
the defendants tolerated the Inadequate Set of Uniform
perjury. Thus Said Judges are insultable for federal Judgeship
Under Art. II. sec. 2 clause 2 and discipline or removal is
a Just remedy. See 'who may discipline or remove Federal

Judges: A Constitutional analysis. Peter M. Shane, 142
U. Pa. L. Rev. 209 (1993).

Plaintiff further alleges that Defendants, knowing
of the Inadequacies, and with deliberate Indifference to said
Inadequacies, had failed and neglected to establish and Implement
Policies, practices and procedures designed to ensure that Plaintiff
was in one Jurisdiction of adequate provisions for reciprocal
action when Judicial Officers Conduct warranted Impeachment,
In the proper and adequate standards, a Conduct Similar to
the Mutilating Conduct of the members of the U.S. Attorney's
Office For the District of Delaware., of the execution of fraud,
when the officers of the Government received evidence of Plaintiffs
birth in the United States, there was nothing to attract
Impairing the strength of been recognized as American Citizen,
Plaintiff originally signed therefore Form N-400 in the attitude of
asking for Naturalization with U.S. Citizenship and Immigration
Service, and it was under their obligation to undertook
the seal, having granted very strong Consent to reenter the
United States on January 1, 2004. There was direct evidence
as to those Circumstances, and with the proof in the Condition
thus stated to the actual Consent to be affirmatively established
a U.S. Citizen, and Plaintiff's return in the manner Involved
a question as to whether the Office of Vital status in Florida
when delivered to Search the Birth records Certified a false Record,
or non-found statement with the knowledge or by the authority
or directors of the Government, alleging it was done to give
the Government upper hand in Judgment in the Court, This,
of the record provided

### V. STATEMENT OF CLAIM

*Instructions:*

State here as *briefly* as possible the facts of your case. Use **plain
language** and do not make legal arguments or cite cases or statutes.
State how **each defendant** violated your constitutional rights. Although
you may refer to any person, make claims only against the defendants
listed in the Caption, Section I. Make only claims which are **factually
related**. Each claim should be numbered and set forth in a separate
paragraph with an explanation of how the defendants were involved. Use the
**reverse** of this page or a separate sheet of paper if you need more space.

Statement of claim:

Similarly Plaintiff's Appeal transcripts themselves
were admissible as Imperfect as it became, as Insufficient
from the books and proceedings of the January 17, 1st 2006,
Tried within Title 8 USC Sec 1326, and that the transcript
annexed to the 3rd Circuit, the transcript were not true
Copies. of the original on file and of the whole of
such original, Thus, was not in Compliance with
Law. See (U.S v. Pinson, 102 U.S. 549). U.S. v. Bell,
111 U.S. 477, 4 Sup. Ct 498.

Finally, I Stand at the door knocking for my picture
Infants documents from Miami-Florida, May 17, 1971 through
1977; Though It is often understood knowing See Revelation
Chap 3:20.

### VI. RELIEF

Instruction: Briefly state exactly what you want the Court to do for you.

Relief sought: Plaintiff demaned that it has been held that
Very Slight differences were Sufficient to Constitute a
fatal Variance. Plaintiff demands federal Courts
proseed. the Power from the defendants Organisation,
to the present time. to amened such Imperfection Set Forth
above. To give Judgment altogether to Law
and the right of the case.

* having suffered hardship or appeal file,
I'm on hunger strike for 9 days, No food, they won't Feed. me.

### VII. DECLARATION AND SIGNATURE

I (we) declare under penalty of perjury that the foregoing is true and
correct.

Damages
$7-11 million

_____      2/2/07
        DATE

_____
    SIGNATURE OF PLAINTIFF(S)

## Utility Events

1:06-cv-00590-KAJ Awala v. Durkin et al

PaperDocuments

**U.S. District Court**

**District of Delaware**

### Notice of Electronic Filing

The following transaction was entered on 12/15/2006 at 4:44 PM EST and filed on 12/15/2006
**Case Name:**          Awala v. Durkin et al
**Case Number:**     1:06-cv-590
**Filer:**
**Document Number:** 5

**Docket Text:**
[1:06-cv-590-***]: Please note that, in accordance with the attached standing order, this case has been
designated as one to be assigned to the judge who fills the vacancy left by the elevation of Judge Kent
A. Jordan to the United States Court of Appeals for the Third Circuit. Pending assignment, the case has
been referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, pursuant to 28 U.S.C.
section 636(b). Please include ***, in place of the Judge's initials, after the case number on all
documents filed. (cas)


**1:06-cv-590 Notice has been electronically mailed to:**


**1:06-cv-590 Notice has been delivered by other means to:**

Gbeke Awala
Reg# 82074-054
Moshannon Valley Correctional Facility
P.O. Box 2000
Philipsburg, PA 16866

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/15/2006] [FileNumber=317734-0
] [493b584237297a208122c309674a1bef6392327e17cb87b5ff04a100b83638b2862
3e38af232f5d2a83e3cefcfb1e10e7d4ccde71103191369006b9aa9556401]]

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-4068

Awala

vs.

Jordan, et al.

Gbeke Awala

Appellant

(Delaware District Civil No. 05-cv-00783)

S E R V I C E    L I S T

Mr. Gbeke Michael Awala ###82074-054
Moshanon Valley CI
P.O. Box 2000
Philipsburg, PA  16866

Office of United States Attorney
Office of United States Attorney
1007 North Orange Street
Suite 700
Wilmington, DE  19801

FILED

JAN 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gbeke Michael Awala,          )
                              )
            Plaintiff,        )
                              )
      v.                      )        Civil Action No.   07 0072
                              )
3rd Circuit Judge Kent A. Jordan *et al.*,   )
                              )
            Defendants.       )

ORDER

The Court will allow the above-captioned action to be provisionally filed.  Before the Court will consider the application to proceed *in forma pauperis* and the complaint, plaintiff must provide the following information to the Court.

In accordance with 28 U.S.C. § 1915, plaintiff shall provide the Court with a certified copy of the plaintiff's trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined.

The Court hereby advises plaintiff that federal law requires a plaintiff in a civil action to pay a filing fee of $350.00.  After submission of the trust fund information, the Court will determine plaintiff's ability to pay the entire amount in one payment.  If the Court determines that plaintiff does not have sufficient funds to pay the filing fee at one time, the Court will assess an initial partial filing fee.  After payment of the initial partial filing fee, monthly payments of 20 percent of the deposits made to the plaintiff's trust fund account during the preceding month will be forwarded to the clerk of the Court each time the account balance

exceeds $10.00.  Payments will continue until the filing fee is paid.  Accordingly, it is by the

Court this _8th_ day of January 2007,

      ORDERED that within **thirty (30) days** from the filing date of this Order, plaintiff

shall provide the above-requested information.  Failure to comply with this Order will result in

dismissal of this action.

      SO ORDERED.

                                      United States District Judge

Gbeke Michael Auala
No. 82074-054
Moshannon Valley Correctional Center
P.O. Box 2000
Philipsburg, PA 16866



Hon. Kent A. Jordan
United States District Judge
United States District Court
For the District of Delaware
844 N. King St, Lockbox 10
Wilmington, DC 19801

Legal Mail

