OFFICE OF THE CLERK

**MARCIA M. WALDRON**  
CLERK

UNITED STATES COURT OF APPEALS  
FOR THE THIRD CIRCUIT  
21400 UNITED STATES COURTHOUSE  
601 MARKET STREET  
PHILADELPHIA 19106-1790

TELEPHONE  
215-597-2995

April 18, 2007

Peter T. Dalleo, Clerk  
United States District Court  
J. Caleb Boggs Federal Building  
Lockbox 18  
844 King Street  
Wilmington, DE 19801-3570

Re:  Awala v. Director of Administrative Office of United States Courts, et al  
     D. Del. No. 07-cv-00124

Dear Mr. Dalleo:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal from the District Court order entered March 14, 2007 which was filed with this office in error.  See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  **The notice was placed in the prison mail on March 28, 2007 and should be docketed as of that date.**

This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  Upon receipt of the document, kindly process it according to your Court's normal procedures.  If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court.  This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By: /s/ Bradford A. Baldus  
    Bradford A. Baldus  
    Senior Legal Advisor to the Clerk

Enclosure  
cc: Gbeke Awala #82074-054 (w/out enclosure)

# IN THE UNITED STATES COURT OF APPEALS

Gbeke M. Awala
Plaintiff Appellant,

v.

Director of Administrative
Office of United States
Courts, et al.

Defendants- Appellee.

Appeal no.

Lower Tribunal
07-124.

## NOTICE of APPEAL

Notice is hereby given that, I Gbeke M. Awala, hereby Appeals to the United States Court of Appeals, for the Third Circuit, the order of the Magistrate Judge. Mary Pat Thynge, dated March 13, 2007. In the United States District Court For the District of Delaware.

See Houston v. Lack, 487 U.S. 266 (1988). (citations omitted).

Furthermore, the Central purpose of Equal protection Clause of the Fifth and Fourteenth Amend-

ment is the prevention of official conduct discriminating on the basis of principles. See Wolff v. McDonnell, 418 U.S. 539, 556 (1974).

In the Instant Case, Congress has exclusive power to legislate respecting form and effect of process, mesne and final, in Federal Courts. See Riggs v. Johnson (1868) 73 US 166.

Submitted under penalty of perjury under 28 U.S.C. Sec. 1746.

Dated: 3/28/07.

Respectfully Submitted

Gbeke M. Awela
No. 82074-054
M.U.C.C.
P.O. Box 2000
Philipsburg, PA 16866

-2-