# IN THE UNITED STATES COURT OF APPEALS

Gbeke M. Awala
Plaintiff-Appellant,

v.

Director of Administrative
Office of United States
Courts, et al.

Defendants-Appellee.

Appeal No.

Lower Tribunal
07-124.

## NOTICE OF APPEAL

Notice is hereby given that, I Gbeke M. Awala, hereby Appeals to the United States Court of Appeals, for the Third Circuit, the order of the Magistrate Judge Mary Pat Thynge, dated March 13, 2007. In the United States District Court for the District of Delaware.

See Houston v. Lack, 487 U.S. 266 (1988). (citations omitted).

Furthermore, the Central purpose of Equal protection Clause of the Fifth and Fourteenth Amend-

ment is the prevention of official conduct discriminating on the basis of principles. See Wolff v. McDonnell, 418 U.S. 539, 556 (1974).

In the instant case, Congress has exclusive power to legislate respecting form and effect of process, mesne and final, in Federal Courts. See Riggs v. Johnson (1868) 73 US 166.

Submitted under penalty of perjury under 28 U.S.C. Sec. 1746.

Dated: 3/28/07.

Respectfully Submitted

Gbeke M. Awala
No. 82074-054
M.U.C.C.
P.O. Box 2000
Philipsburg, PA 16866