**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 07-2165</u>

Awala

vs.

Dir Admin Ofc, et al.

Gbeke Michael Awala, Appellant

(Delaware District Civil No. 07-cv-00124)

O R D E R

    Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

    It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

    It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*/s/ Marcia M. Waldron*

Clerk

Date: October 19, 2007
cc:
    Mr. Gbeke Michael Awala
    Seth M. Beausang, Esq.

A True Copy:

*/s/ Marcia M. Waldron*
Marcia M. Waldron, Clerk