IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA,     :
              :
   Plaintiff,     :
              :
   v.         : Civ. Action No. 07-124-***
              :
DIRECTOR OF ADMINISTRATIVE  :
OFFICE OF UNITED STATES    :
COURTS, et al.,      :
              :
   Defendants.    :

**<u>ORDER</u>**

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on March 13, 2007, the Court entered an Order denying leave to proceed <u>in forma pauperis</u> because Plaintiff had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant Complaint does not allege an imminent threat of physical injury (D.I. 5);

WHEREAS, Plaintiff appealed the Order to the U.S. Court of Appeals for the Third Circuit and the appeal was dismissed upon a finding that Plaintiff failed to demonstrate that he was "under imminent danger of serious physical injury" and Plaintiff failed to pay the appellate court filing fee, <u>Awala v. Director of Admin. Office of U.S. Courts</u>, No. 07-2165 (3d Cir. Oct. 19, 2007);

WHEREAS, subsequent to dismissal of the appeal, and to date, Plaintiff has not paid the $350.00 filing fee owed to this Court;

THEREFORE, at Wilmington this 5 day of December, 2007, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

　　　　　　　　　　　　　　　　　　／s／ Joseph J. Farnan
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE